728

Commonwealth *v.* Jones, Appellant.

Submitted March 20, 1973. *Kalvin Kahn,* for appellant; *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Keith, Appellant.

Submitted March 12, 1973. *Gerald E. Ruth,* Public Defender, for appellant; *Morrison B. Williams,* First Assistant District Attorney, and *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Keith, Appellant.

Submitted March 12, 1973. *Gerald E. Ruth,* Public Defender, for appellant; *Morrison B. Williams,* First Assistant District Attorney, and *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth, Appellant, *v.* Kellar.